UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**M&M ELECTRIC**
**SERVICES CO LLC**            :         CIVIL ACTION NO. 21-cv-569

**VERSUS**                     :         JUDGE JAMES D. CAIN, JR.

**PELICAN REFINING CO LLC**    :         MAGISTRATE JUDGE KAY

### JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 18] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that the Motion to Remand [doc. 12] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers this 21st day of March, 2022.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE